IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICKY TEJADA, | : | |
| | : | |
| Petitioner, | : | CIVIL ACTION NO. 15-328 |
| | : | |
| v. | : | |
| | : | |
| WILLIAM E. FORD, JUDGE, et al., | : | |
| | : | |
| Respondents. | : | |

**ORDER**

**AND NOW**, this 11th day of December, 2015, after considering the petition for writ of habeas corpus filed by the petitioner (Doc. No. 6), and the response to the petition filed by the respondents (Doc. No. 25); and after considering all outstanding motions and any responses thereto; and after considering the state-court record; and after considering the report and recommendation filed by United States Magistrate Judge Thomas J. Rueter (Doc. No. 27), and the objections to the report and recommendation filed by the petitioner (Doc. No. 28); accordingly, it is hereby **ORDERED** as follows:

1. The report and recommendation (Doc. No. 27) is **APPROVED** and **ADOPTED**;

2. The petitioner's objections (Doc. No. 28) are **OVERRULED**;

3. The petition for writ of habeas corpus (Doc. No. 6) is **DENIED**;

4. The motion to produce documents (Doc. No. 4), to the extent that it is reraised, is **DENIED**;

5. The motion for a hearing (Doc. No. 5), to the extent that it is reraised, is **DENIED**;

6. The motion for appointment of counsel (Doc. No. 14) is **DENIED**;

7. A certificate of appealability **SHALL NOT** issue; and

8. The clerk of court is **DIRECTED** to mark this matter as **CLOSED**.

                                                 BY THE COURT:


                                                 /s/ *Edward G. Smith*
                                               EDWARD G. SMITH, J.